UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Joseph A. Dickson**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973-645-2580)

November 20, 2013

Jospeh Fleming
35 1st Avenue
Westwood, NJ 07675

RE:   **Malibu Media, LLC v. Joseph Fleming, 13-01105 (ES-JAD)**

Dear Mr. Fleming:

Please be advised that the civil action referenced above was voluntarily dismissed, without prejudice. Enclosed is the Order of Voluntary Dismissal filed by plaintiff's counsel and executed by the Hon. Ester, Salas, U.S.D.J. on September 23, 2013. This case was terminated on that same date. If you have any questions regarding this case please contact the chambers of the undersigned Magistrate Judge at the phone number listed above.

Very truly yours,

JOSEPH A. DICKSON,
United States Magistrate Judge

Enclosure:  Order of Dismissal

CC:  Hon. Ester Salas, U.S.D.J.